# United States Court of Appeals
## For the First Circuit

————————————

Nos. 18-1188, 19-1010

UNITED STATES,

Appellee,

v.

CARLOS VELAZQUEZ-FONTANEZ,

Defendant, Appellant.

————————————

**JUDGMENT**

Entered: July 27, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction of Carlos Velazquez-Fontanez is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Maria Soledad Ramirez-Becerra, Victor O. Acevedo-Hernandez, Michael A. Rotker, Mariana E. Bauza Almonte, Alberto R. Lopez Rocafort, Teresa S. Zapata-Valladares, Marie Christine Amy