# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARLOS VELAZQUEZ-FONTANEZ,

   Petitioner,

      v.

UNITED STATES OF AMERICA,

   Respondent.

CIVIL NO. 23-1117(JAG)

## JUDGMENT

Pursuant to this Court's Order, Docket No. 14, Judgment is hereby entered DISMISSING WITH PREJUDICE Petitioner's case. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, November 21, 2023.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE